# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

_Linda F. Marks_, Debtor(s)

CHAPTER 13
CASE NO: 09-74536
JUDGE: ☒ TUCKER ☐ SHAPERO

## STIPULATION FOR ADJOURNING HEARING

This matter having come on for hearing on **12/22/09**, regarding (ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

☒ The First Meeting of Creditors.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, now therefore;

IT IS STIPULATED AND AGREED that:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

☒ The above referenced matter is adjourned to **1/12/2010 @ 9:00 AM**
☐ Debtor(s) shall file and serve amended _____ on or before _____
☐ Debtor(s) shall provide on or before _____:
   ☐ 60 days of pay advices
   ☐ Copies of federal income tax returns for tax years _____
   ☐ Social security card or letter from Social Security Administration;
   ☐ Government issued identification.
☐ Other: _____

~~IT IS FURTHER STIPULATED... Order of Dismissal to the bankruptcy Court and the proceedings may be dismissed... IT IS FURTHER STIPULATED that if any of the... be dismissed...~~

IT IS FURTHER STIPULATED that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

IT IS FURTHER STIPULATED that the Debtor or Debtor's(s') Counsel shall immediately provide notice of the entry of this Order to all interested parties and file a certificate of service with the court.

Approved per Local Rules (E.D.M.)

/S/ **TAMMY L. TERRY**
TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI  48226
(313) 967-9857
mieb_ecfadmin@det13.net

Approved as to Form and Content:

/s/ _[signature]_
Robert B. Reizner    (P36760)
Attorney for Debtor(s)
605 W. Michigan Avenue
Jackson, MI 49201
517-782-4922   robert@reiznerlaw.com